# Order

Michigan Supreme Court
**Lansing, Michigan**

February 2, 2021

Bridget M. McCormack,
Chief Justice

161176

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                                 SC: 161176
                                                 COA: 352242
                                                 Wayne CC: 17-005907-FC

JOSHUA RAY POLK,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the February 19, 2020 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 2, 2021



b0125

                                           Clerk